IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:19 CV 304

| | | |
|---|---|---|
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | ) ) ) ) | |
| Plaintiff, | ) ) | ORDER |
| V. | ) ) | |
| CYNTHIA J. MUNRO and JOHN B. MUNRO, III, INDIVIDUALLY, AND AS SURVIVING PARENTS OF ASHLEIGH MUNRO, and THE ESTATE OF ASHLEIGH MUNRO, by and through CYNTHIA J. MUNRO, Administrator, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on the parties' Stipulation of Voluntary Dismissal without Prejudice (Doc. 13).

In light of the stipulated dismissal of this matter, the show cause Order entered on March 9, 2020 is **DISCHARGED** and the associated hearing scheduled for March 17, 2020 is **CANCELLED**.

The Clerk is respectfully directed to close this case.

Signed: March 11, 2020

W. Carleton Metcalf
United States Magistrate Judge